# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES C. KANG, an individual, MICHAEL MOSES, an individual, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br>　　　　　　　　Defendant. | **Case No. 17-cv-06220-BLF** |
| PATRICIA BARRERAS, an individual, JACQUELINE F. IBARRA, an individual, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br>　　　　　　　　Defendant. | **Case No. 21-cv-00071-BLF**<br><br>**JUDGMENT** |

　　The Court having granted Final Approval of the Parties' Settlement in this case, the case is hereby DISMISSED WITH PREJUDICE, with each Party to bear his/its own costs, except as set forth in the Settlement approved by the Court and the Court's December 8, 2021 Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement; Granting in Part and Denying in Part Plaintiffs' Motion for Attorneys' Fees And Expenses; and Addressing Objection

of Class Member Kirk E. Fyson (Dkt. 145), and the Court's April 15, 2022 Order Granting in Part and Denying in Part Objector Kirk Fyson's Motion for Attorneys' Fees and Service Payment (Dkt. 152), with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement, including over disbursement of the Settlement Funds.

This is a Final Judgment. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated:  April 18, 2022

_____
Hon. Beth Labson Freeman
United States District Judge